UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN<br>8306 Tyndswall Place<br>Pasadena, Maryland 21122<br><br>            Plaintiff,<br><br>v.<br><br><br>LEONIDAS RALPH MECHAM<br>Chairman, Administrative Office<br> of the U.S. Courts<br>1111 Constitution Avenue, N.W.<br>Washington, D.C.  20544<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1007 (GK)<br>)          (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant U.S. Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)