IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONIDAS RALPH MECHAM, CHAIRMAN,<br>ADMINISTRATIVE OFFICE OF THE U.S. COURTS,<br><br>　　　　Defendant. | Civil Action<br>No.: 1:05-cv-01007-GK |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that service of process was executed upon the United States Attorney's Office, the United States Attorney General, and Leonidas Ralph Mecham, Chairman, Administrative Office U.S. Courts, by sending a copy of the Complaint to the following addresses via certified mail, return service requested:

　　United States Attorney's Office
　　555 4th Street, N.W.
　　Washington, D.C.  20530

　　United States Attorney General
　　10th & Pennsylvania Avenue, N.W.
　　Washington, D.C.  20530

　　Leonidas Ralph Mecham, Chairman,
　　Administrative Office of U.S. Courts
　　Washington, D.C.  20544-0001

The Complaint was received by each of the above-named entities on May 31, 2005.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

_____
Nicholas Woodfield

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Affidavit of Service was served via electronic filing this 14th day of June, 2005, to:

    Mercedeh Momeni
    U.S. ATTORNEY'S OFFICE
    555 Fourth Street, NW
    Washington, DC 20530

_____
Nicholas Woodfield

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Leonidas Ralph Mecham
   Chairman
   AOUSC
   Washington, DC
   20544-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Pamela J Koday*   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): PAMELA J KODAY
C. Date of Delivery: 5/31/2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 3972 9362

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney General
   10th + Pennsylvania Ave, NW
   Wash., DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): MAY 31 2005
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 3972 9386

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Atty's Office
   for the Dist of Columbia
   Att: Civil Process Clerk
   555 4th St, NW
   Wash., DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): MAY 31 2005
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 3972 9379

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540