IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>LEONIDAS RALPH MECHAM, CHAIRMAN,<br>ADMINISTRATIVE OFFICE<br>OF THE U.S. COURTS,<br><br>    Defendant. | Civil Action No. 05-1007(GK) |

**_CONSENT_ MOTION FOR EXTENSION OF TIME IN WHICH GARCIA ALLEN MUST FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff Garcia Allen ("Mr. Allen"), by and through Counsel, and with the consent of the Defendant Leonidas Ralph Mecham's ("Defendant Mecham") moves this Honorable Court for an extension of time in which to produce his opposition to Defendant Mecham's Motion to Dismiss in Lieu of Answer ("Motion to Dismiss"). In support of this motion, Mr. Allen states and avers as follows:

1. On August 1, 2005, Defendant Mecham filed his Motion to Dismiss Mr. Allen's complaint.

2. Accordingly, Mr. Allen's opposition to the Motion to Dismiss is due on Friday, August 12, 2005.

3. On August 2, 2005, Mr. Allen's counsel contacted Defendant Mecham's counsel to request an extension of time to respond to the Motion to Dismiss.

4. Defendant Mecham's counsel graciously agreed to an extension of three weeks, effectively moving Mr. Allen's deadline to oppose the Motion to Dismiss to September 2, 2005.

Wherefore, Mr. Allen requests that this Court extend the deadline by which Mr. Allen must oppose Defendant Mecham's Motion to Dismiss to the parties' mutually agreed upon date of Friday, September 2, 2005.

                                                      Respectfully submitted,
                                                      Garcia Allen
                                                      *By Counsel*

R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
EMPLOYMENT LAW GROUP, PLLC
888 17th St. NW
Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Consent Motion for Extension of Time in which Plaintiff Garcia Allen must file his Opposition to Defendant's Motion to Dismiss was served via the Electronic Case Filing system on this 4th day of August, 2005, to:

Mercedeh Momeni, Esq.
Assistant United States Attorney
555 Fourth St., N.W., Civil Division
Washington, D.C. 20530
Mercedeh.Momeni@usdoj.gov

                                                        Nicholas Woodfield

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONIDAS RALPH MECHAM, CHAIRMAN, )<br>ADMINISTRATIVE OFFICE )<br>OF THE U.S. COURTS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1007(GK) |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Extension of Time in which Plaintiff Garcia Allen must file his Opposition to Defendant's Motion to Dismiss, it is:

**ORDERED** that the Consent Motion is GRANTED; and further

**ORDERED** that Plaintiff Garcia Allen's opposition to Defendant's Motion to Dismiss in Lieu of an Answer is due on Friday, September 2, 2005.

So ordered this _____ day of _____, 2005.

_____
Hon. Gladys Kessler

Copies: via ECF

R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
Employment Law Group, PLLC
888 17th St. NW, Suite 900
Washington, D.C. 20006
soswald@employmentlawgroup.net

Mercedeh Momeni, Esq.
Assistant United States Attorney
555 Fourth St., N.W.
Civil Division
Washington, D.C. 20530
Mercedeh.Momeni@usdoj.gov