IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1007(GK) |
| LEONIDAS RALPH MECHAM, CHAIRMAN, ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT REPORT SUBMITTED PURSUANT TO LOCAL CIVIL RULE 16.3(d)

Pursuant to Rule 16.3(a) of the Local Civil Rules for the United States District Court for the District of Columbia, counsel for Plaintiff Garcia Allen ("Mr. Allen"), and counsel for Defendant Administrative Office of the U.S. Courts ("Defendant") conferred on September 1 and 5, 2005, to discuss the matters set forth in LCvR 16.3(c). Pursuant to LCvR 16.3(d), the parties in the above-captioned action make the following report to the Court.

At issue in this matter is the question of the Constitutionality of the selection of a hearing officer as mandated under Chapter I, § F.8. of the Administrative Office of the Courts Fair Employment Practices Systems ("FEPS"). The parties submit that there are no facts in dispute about how under the FEPS regulations a hearing officer is supposed to be selected. However, Mr. Allen submits that in the event that Defendant's Motion to Dismiss in Lieu of an Answer is denied and the Court does not opine that Mr. Allen's procedural due process rights were violated *per se*, Mr. Allen would like to seek discovery limited solely on the issues of the processes

Defendant uses and has used to select hearing officers, both in his case in particular as well as generally, as well as the Defendant's control over and compensation of such hearing officers. Defendant does not agree that Plaintiff would be entitled to such discovery at any point and notes that generally, no discovery ought to be taken while a Motion to Dismiss is pending.

Nevertheless, the parties believe this matter will likely be resolved by the Court's ruling on Defendant's Motion to Dismiss in Lieu of an Answer. Accordingly, the parties respectfully submit that, at this time, there exists no necessity to set any corresponding discovery deadlines.

Respectfully Submitted,

_____s/_____          _____s/_____
R. SCOTT OSWALD, Esq.                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
NICHOLAS WOODFEILD, Esq.                     United States Attorney
EMPLOYMENT LAW GROUP, PLLC
888 17th St. NW, Suite 900
Washington, D.C. 20006                       _____s/_____
*For the Plaintiff*                          R. CRAIG LAWRENCE, D.C. BAR # 171538
                                             Assistant United States Attorney


                                             _____s/_____
                                             MERCEDEH MOMENI
                                             Assistant United States Attorney
                                             555 Fourth Street, N.W.
                                             Civil Division
                                             Washington, D.C.  20530
                                             (202) 305-4851
                                             *For Defendant*