# EXHIBIT 1

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## Memorandum

**Hand Delivered**

**DATE:** April 9, 2003

**FROM:** Garcia Allen

**SUBJECT:** Request for Mediation

**TO:** Laura C. Minor - AO EEO Officer

    I am in receipt of your memorandum dated April 4, 2003 which provides notice of the conclusion of the counseling period and of the Fair Employment Practices System (FEPS) mediation requirement. Pursuant to Section F.5 of FEPS, I am hereby requesting mediation. I have attached a summary of the claims which serve as the basis for the discrimination complaint and other actions that I submitted to your office.

    If you need any additional information, please contact me by phone at ext. 502-2308. Thank you for you consideration in this matter.

Attachment

Request for Mediation                                                                 Page 2 of 3

I. The Agency has willfully and intentionally engaged in prohibited personnel practices in a effort to unlawfully deprive me of any possibility to have a fair and meaningful opportunity to compete for the position of Chief of the Project Coordination Office on an acting and/or permanent basis.

II. The Agency has engaged in unlawful acts of discrimination, reprisals, and retaliation directed at me due to my race and sex in the selection process for the Chief of the Project Coordination Office on an acting and/or permanent basis.

III. A Settlement Agreement was entered into by the Administrative Office of the U. S. Courts and the Complainant on January 7, 2002. The Agency has willfully and intentionally refused to comply with the terms and conditions of the Settlement Agreement and consummated acts in direct violation of the provisions contained in the agreement.

IV. The Agency has willfully and intentionally engaged in an ongoing pattern of discrimination, reprisals, and retaliation directed at me for electing to seek assistance through the Agency's Informal Grievance Process and the resultant Settlement Agreement.

V. The Agency has exhibited a resistance to the selection of Black Males (including myself) in positions at or above PB-2F due to non-merit factors and discrimination.

VI. The Agency has created a hostile working environment which negatively impacts the productivity and morale of all employees.

VII. The Agency has, by the acts and omissions set forth in this complaint, damaged my professional reputation and standing among members of the Agency's Executive Management Group, Senior Staff, and employees throughout the Agency.

Summary:

The acts and omissions on the part of the Agency have denied me the protections afforded by Federal Law and the AO Personnel Act to be free from discrimination in the workplace and to receive fair and equitable treatment in all personnel matters. The acts and omissions on the part of the Agency have irreparably damaged my professional image and standing among my superiors and peers. These acts and omissions have made it impossible for me to receive fair or meaningful consideration for the position of Chief of

Request for Mediation                                                                 Page 3 of 3

the Project Coordination Office or any other like position in the Agency through merit promotion procedures. The acts and omissions on the part of he Agency were deliberate and intended to unlawfully, and in violation of Agency policy, deprive me of the same opportunities and protections afforded to other employees in like or similar circumstances. These acts and omissions were directed at me due to my race, sex, and other non-merit factors.

_____          _____
            Signed                                                              Date

[Signed]                                        April 7, 2003