# EXHIBIT 2

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## Memorandum

**Hand Delivered**

**DATE:** May 29, 2003

**FROM:** Garcia Allen

**SUBJECT:** Request to File Formal EEO Complaint

**TO:** Laura C. Minor - AO EEO Officer

Pursuant to Section F.5 of FEPS, I participated in a mediation session which took place on Tuesday, May 20, 2003. The mediation session was held at the Federal Mediation and Conciliation Service. Commissioner Kim Beg served as mediator. The Agency was represented by the Assistant Director and the Deputy Assistant Director of the Office of Information Technology.

I received notification from Commissioner Kim Beg today that the Assistant Director had notified her that he had spoken to personnel and that nothing could be done with respect to the proposed solution that had been reached to settle the complaint.

Therefore I am hereby requesting to move forward with a formal EEO complaint. If you require further information, please contact me and I will be happy to provide whatever is needed. Thanks in advance for your consideration.