# EXHIBIT 3



| LEONIDAS RALPH MECHAM<br>Director | ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS | LAURA C. MINOR<br>Assistant Director |
|---|---|---|
| CLARENCE A. LEE, JR.<br>Associate Director | WASHINGTON, D.C. 20544 | NANCY LEE BRADSHAW<br>Deputy Assistant Director<br>Office of Internal Services |

April 4, 2003

Hand Delivered

Mr. Garcia Allen
Administrative Office of the U.S. Courts
Office of Information Technology
IT Project Coordination Officer
Room 3-126
Washington, D.C.  20544

Re:   Notice of Conclusion of the Counseling Period and of the FEPS
       Mediation Requirement

Dear Mr. Allen:

This is to notify you that because the matter you raised as an informal EEO complaint has not been resolved to your satisfaction, should you wish to pursue the Fair Employment Practices System (FEPS) complaint process, you are now required to take part in mediation.

Section F.5 of FEPS provides as follows:

> Within 7 calendar days after receipt of this notice to conclude the counseling period, you may file with the AO EEO Officer a request for mediation. The request must be made in writing and must state the claim(s) presented. Failure to participate in at least one mediation session will preclude further processing of your claim.
>
> Upon receipt of a timely request for mediation, the AO EEO Officer will provide a mediator through the Federal Mediation and Conciliation Service and provide written notice of such designation.

The mediator will be responsible for establishing the mediation session(s) directly with you.

The entire complaint process is set forth in FEPS (which is attached) and summarized in the AO FEPS pamphlet (also attached). If you have any questions, please do not hesitate to contact Cecelia E. Wirtz at 502-1389.

---

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

Garcia Allen
Notice of Conclusion of the Counseling Period and of the
FEPS Mediation Requirement
Page 2

    If you retain an attorney or any other person as a representative, you must notify the AO immediately in writing at the following address:

>Laura C. Minor
>AO EEO Officer
>Administrative Office of the U.S. Courts
>Thurgood Marshall Federal Judiciary Building
>Suite G-400
>1 Columbus Circle, N.E.
>Washington, D.C. 20544

>Sincerely,

>*Laura C. Minor*

>Laura C. Minor
>AO EEO Officer

Enclosures

Received by *Garcia Allen*   Date April 7, 2003
Garcia Allen



| | | |
|---|---|---|
| LEONIDAS RALPH MECHAM<br>Director | **ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS** | LAURA C. MINOR<br>Assistant Director |
| CLARENCE A. LEE, JR.<br>Associate Director | WASHINGTON, D.C. 20544 | NANCY LEE BRADSHAW<br>Deputy Assistant Director<br>Office of Internal Services |

July 23, 2003

HAND DELIVERED

Mr. Garcia Allen
OIT/PCO
Room 3-126
Thurgood Marshall Federal Judiciary Building
Washington, D.C.  20544

      Re:    Notification of Acceptance of Formal EEO Complaint

Dear Mr. Allen:

This is to notify you that the Administrative Office of the U. S. Courts (agency) has accepted the following issues for investigation of discrimination based upon race (African American) and gender (male):

1. Whether the agency has discriminated against you in the opportunity to serve in the acting capacity as, and in the selection process for the position of, Chief of the Project Coordination Office.

2. Whether the agency has discriminated against you to prevent you from receiving fair and meaningful consideration for the position of Chief of the Project Coordination Office or any other like position in the agency through merit promotion procedures.

3. Whether the agency has discriminated against African American males, including yourself, in the selection for positions at or above PB-2F within the Office of Information Technology.

The agency has not accepted issues regarding retaliation. A complaint of retaliation must be based upon activities related to discrimination subject to the Fair Employment Practices System (FEPS) process. The matters that you have raised relate not to FEPS but to the agreement that settled your grievance against the agency. We have been advised that it is the position of the agency that the settlement agreement has been satisfied.

---

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

Garcia Allen
Notification of Acceptance of Formal EEO Complaint
Page 2


　　　　Your complaint has been assigned to an independent investigator who will contact you directly. The complaint will be investigated within 40 days of filing, unless an extension of time is agreed to by the parties. Following the conclusion of the investigation process, you will receive a copy of the Investigative File, together with an opportunity to discuss it with an appropriate agency official.

　　　　We have enclosed a copy of your EEO counselor's report.

　　　　Please acknowledge the receipt of this acceptance by signing, dating, and returning a copy of this letter to me at the following address:

>　　Thurgood Marshall Federal Judiciary Building
>　　Suite G-400
>　　One Columbus Circle, N.E.
>　　Washington, D.C.   20544

　　　　If you have further questions, please do not hesitate to contact Cecelia E. Wirtz, Senior Attorney, at (202) 502-1389.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　*Laura C. Minor*
　　　　　　　　　　　　　　　　Laura C. Minor
　　　　　　　　　　　　　　　　AO EEO Officer


Enclosure


I hereby acknowledge receipt of this notification of acceptance of my Formal EEO Complaint.


_____　　　　　　_____
Garcia Allen　　　　　　　　　　　　　　　　　　　　　Date