IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONIDAS RALPH MECHAM, CHAIRMAN, )<br>ADMINISTRATIVE OFFICE )<br>OF THE U.S. COURTS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1007(GK) |

### CONSENT MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

COMES NOW the Plaintiff Garcia Allen, by and through Counsel, *with the consent of the Defendant* Leonidas Ralph Mecham, and moves the Court for leave to file a brief Sur-Reply Brief in reply to Defendant's Reply brief filed in response to Plaintiff's Opposition to Defendant's Motion to Dismiss in Lieu of an Answer. Plaintiff submit that his Sur-Reply will be less than seven pages in length and will aid the Court in resolving the issues set forth for review in Defendant's Motion to Dismiss in Lieu of an Answer.

Respectfully submitted,
Garcia Allen
*By Counsel*

_____
R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
EMPLOYMENT LAW GROUP, PLLC
888 17th St. NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
nwoodfield@employmentlawgroup.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Consent Motion was served via the Electronic Case Filing system on this 23rd day of September, 2005, upon:

Mercedeh Momeni, Esq.
Assistant United States Attorney
555 Fourth St., N.W., Civil Division
Washington, D.C. 20530
Mercedeh.Momeni@usdoj.gov

_____
Nicholas Woodfield