IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARCIA ALLEN,<br><br>      Plaintiff,<br><br>v.<br><br>LEONIDAS RALPH MECHAM, CHAIRMAN,<br>ADMINISTRATIVE OFFICE<br>OF THE U.S. COURTS,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1007(GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiff's Consent Motion for Leave to File a Sur-Reply Brief in reply to Defendant's Reply brief filed in response to Plaintiff's Opposition to Defendant's Motion to Dismiss in Lieu of an Answer. Based upon the Plaintiffs' Consent Motion, and it otherwise appearing proper, it is hereby ORDERED that the Plaintiff's Consent Motion for Leave to File a Sur-Reply Brief is GRANTED; and it is further ORDERED that Plaintiff's Consent Motion for Leave to File a Sur-Reply Brief shall not exceed seven pages in length and will be filed by the _____ day of _____, 2005.

      ENTER this the _____ day of _____, 2005.


                                                                      Hon. Gladys Kessler

Copies to:

R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
Employment Law Group, PLLC
888 17th St. NW, Suite 900
Washington, D.C. 20006

Mercedeh Momeni, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530