UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
GARCIA ALLEN,                  )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No.
                               )   05-1007 (GK)
LEONIDAS RALPH MECHAM,         )
                               )
        Defendant.             )
_____)
```

## ORDER

Plaintiff Garcia Allen brings this case against Defendant Leonidas Ralph Mecham in Defendant's official capacity as Director of the Administrative Office of the United States Courts ("AOUSC" or "the Office").[1]  AOUSC resolves employee discrimination complaints through the Office's Fair Employment Practices System ("FEPS").  Plaintiff maintains that FEPS's hearing officer selection provisions deprive him of property, without due process of law, in violation of the Fifth Amendment.

This matter is before the Court on Defendant's Motion to Dismiss.  Defendant argues that Plaintiff's single count Complaint states a claim upon which this Court cannot grant relief.

Upon consideration of the Complaint, Motion to Dismiss, Opposition, Reply, Sur-reply, and the Motions Hearing, it is hereby,

---

[1] Defendant Mecham has since been succeeded by James Duff, although the Government has not formally moved to substitute him as the defendant.

**ORDERED** that Defendant's Motion is **granted** and Plaintiff's sole claim is **dismissed.**

This is a Final Order appealable under Rule 4(a) of the Federal Rules of Appellate Procedure.

September 22, 2006                     /s/_____
                                       Gladys Kessler
                                       U.S. District Judge

**Copies to:**  Attorneys of record via ECF.